1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARTEMIO RAMIREZ,                          1:09-cv-01398-GSA (HC)

12            Petitioner,                       ORDER TRANSFERING CASE TO THE
                                                UNITED STATES DISTRICT COURT FOR
13   vs.                                        THE NORTHERN DISTRICT OF
                                                CALIFORNIA
14   KEN CLARK,

15            Respondent.

16   _____/

17

18       Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

19   U.S.C. § 2254.

20       The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

24   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

25   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26       In this case, the petitioner is challenging a conviction from Santa Clara County, which is in the

27   Northern District of California.  Therefore, the petition should have been filed in the United States

28   District Court for the Northern District of California.  In the interest of justice, a federal court may

-1-

1   transfer a case filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v.</u>

2   <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

3       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4   District Court for the Northern District of California.

5       IT IS SO ORDERED.

6   **Dated:   August 13, 2009**       **/s/ Gary S. Austin**
                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28